**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 6 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTONIO CASARES-CUEVAS, AKA
Roberto Mendoza, AKA Fernando, AKA
Tony,

Defendant - Appellant.

No. 23-3673

D.C. No.
3:12-cr-00038-LRH-VPC-1

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted May 29, 2024[**]

Before:    FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Antonio Casares-Cuevas appeals pro se from the district court's order

denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Casares-Cuevas argues that, contrary to the district court's conclusion, he exhausted his administrative remedies before filing the instant motion. We need not decide this issue because, even if Casares-Cuevas had exhausted, the district court did not abuse its discretion by denying relief. *See United States v. Keller*, 2 F.4th 1278, 1281-82 (9th Cir. 2021) (stating standard of review and holding that exhaustion is not jurisdictional).

First, as the district court explained, the law concerning methamphetamine offenses has not changed since Casares-Cuevas's sentencing, and he failed to show that his sentence is unfairly disparate to sentences received by similarly situated defendants. Second, the district court reasonably found—and Casares-Cuevas does not challenge— that release was unwarranted in light of the 18 U.S.C. § 3553(a) factors, including the seriousness of Casares-Cuevas's offense and the safety of the community. *See United States v. Wright*, 46 F.4th 938, 947-48 (9th Cir. 2022) (district court may deny compassionate release under the § 3553(a) factors alone).

We do not consider Casares-Cuevas's argument regarding his eligibility for safety-valve relief because it was not raised before the district court. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

The government's motion to strike the reply brief is denied.

**AFFIRMED.**

23-3673